McGREGOR W. SCOTT
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17 CR 00164 LJO-SKO |
| Plaintiff, | ORDER TO DISMISS INDICTMENT |
| v. | |
| ALEX CASTRO PORTILLO, | |
| Defendant. | |

## **ORDER TO DISMISS INDICTMENT**

Upon application of the United States of America having filed a Motion to Dimiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that the Indictment against Defendant ALEX CASTRO PORTILLO is DISMISSED WITHOUT PREJUDICE.


IT IS SO ORDERED.

Dated: **March 14, 2019**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE



Order to Dismiss